UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Arredondo ) <br> ) <br> Defendant(s) ) <br> ———————————————— ) | CRIMINAL NO. 08MJ2583 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

ZAYDA YANESI HUERTA-MENDOZA

DATED: 9/5/08

**Barbara** Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by /s/

Deputy Clerk

M. Behning

U.S. MARSHAL'S OFFICE
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082