UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Arredondo )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08MJ 2583<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Leonel Urrieta-Hurtado

DATED: 9/5/08

_____
Barbara Lynn Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
                DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ Rbc
          Deputy Clerk

M. Behning