AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| HECTOR MANUEL PENA ARREDONDO | CASE NUMBER: 08CR 2980-LAB |

I, HECTOR MANUEL PENA ARREDONDO, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _9/4/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_x Hector M. Pena A._
Defendant

_[signature]_ 8/26/08
Defense Counsel

Before _[signature]_
Judicial Officer